IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV 01754**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 12 2008

GREGORY C. LANGHAM
CLERK

Osiel Rodriguez , Plaintiff,

v.

General Counsel for the Federal Bureau of Prisons,

Michael K. Nally, Regional Director for the BOP's Central Regional Office,

One Unknown Named Employee of the Federal BOP's U.S.P - ADX Florence , Defendants.

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   Prisoner Complaint pursuant to 28 U.S.C. §1331 and Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 338 (1971).

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I HAVE NO ASSETS. I DEPEND ON WHATEVER MONITARY GIFTS MY FAMILY CAN SEND ME. I OWE OVER $70,000 IN RESTITUTION FOR MY CRIME. I OWE 3x's $350.00 FOR 3 OTHER COURT ACTIONS WHICH ARE CURRENTLY PENDING. REGARDLESS, I WILL PAY COURT FEES IF THIS HONORABLE COURT GRANTS THIS MOTION.

5. Are you in imminent danger of serious physical injury?

___ Yes  X No  (CHECK ONE). If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  AUGUST 5, 2008
             (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                    2

Date: 07/14/2008
Time: 9:39:26 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

Page 1

Start Date: 07/14/2008
End Date: 07/14/2008
Inmate Reg #: 21360-18
Account Status: All
Institution: All

Date: 07/14/2008
Time: 9:39:27 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**CERTIFIED**
JUL 1 - 2008
FCC FLORENCE
FINANCIAL MANAGEMENT

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21136018 | Living Quarters: | J04-214L |
| Inmate Name: | RODRIGUEZ, OSIEL | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 1/11/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 01/17/2008 09:29:19 AM | 44 | | | Sales | ($14.18) | | $112.17 |
| FLX | 01/24/2008 11:40:37 AM | 25 | | | Sales | ($11.65) | | $100.52 |
| FLX | 01/26/2008 05:04:13 AM | 70100601 | | | Lockbox - CD | $50.00 | | $150.52 |
| FLX | 01/31/2008 07:32:57 AM | HJV00039 | | | Photo Copies | ($0.30) | | $150.22 |
| FLX | 01/31/2008 08:50:10 AM | 20 | | | Sales | ($2.85) | | $147.37 |
| FLX | 01/31/2008 08:53:27 AM | 16 | | | Sales | ($10.15) | | $137.22 |
| FLX | 02/07/2008 04:47:07 PM | TFN0207 | | | Phone Withdrawal | ($7.00) | | $130.22 |
| FLX | 02/14/2008 10:20:51 AM | 50 | | | Sales | ($13.10) | | $117.12 |
| FLX | 02/21/2008 10:11:03 AM | 32 | | | Sales | ($13.65) | | $103.47 |
| FLX | 02/26/2008 05:02:33 AM | 70102601 | | | Lockbox - CD | $60.00 | | $163.47 |
| FLX | 02/27/2008 12:29:27 PM | | 6887 | | PLRA Payment | ($6.34) | | $157.13 |
| FLX | 02/27/2008 01:08:17 PM | 6887-V | | | PLRA Payment | $6.34 | | $163.47 |
| FLX | 02/28/2008 08:33:39 AM | 24 | | | Sales | ($34.73) | | $128.74 |
| FLX | 03/06/2008 09:03:19 AM | 29 | | | Sales | ($6.60) | | $122.14 |
| FLX | 03/13/2008 09:43:28 AM | 70 | | | Sales | ($9.40) | | $112.74 |
| FLX | 03/20/2008 10:11:49 AM | 37 | | | Sales | ($3.75) | | $108.99 |
| FLX | 03/29/2008 02:27:53 PM | TFN0329 | | | Phone Withdrawal | ($4.00) | | $104.99 |
| FLX | 04/01/2008 11:27:34 AM | HICP0408 | | | Inmate Co-pay | ($2.00) | | $102.99 |
| FLX | 04/03/2008 09:26:15 AM | 30 | | | Sales | $0.00 | | $102.99 |
| FLX | 04/03/2008 09:36:50 AM | 37 | | | Sales | ($2.05) | | $100.94 |
| FLX | 04/07/2008 05:02:20 AM | 70105503 | | | Lockbox - CD | $60.00 | | $160.94 |
| FLX | 04/07/2008 05:02:20 AM | HFLXD224-1278 | | | Debt Encumbrance | | ($12.00) | |
| FLX | 04/10/2008 09:17:52 AM | 31 | | | Sales | ($10.10) | | $150.84 |
| FLX | 04/10/2008 05:42:06 PM | TFN0410 | | | Phone Withdrawal | ($7.00) | | $143.84 |
| FLX | 04/17/2008 09:53:59 AM | 37 | | | Sales | ($5.95) | | $137.89 |
| FLX | 04/24/2008 10:55:03 AM | HJV00056 | | | Photo Copies | ($6.20) | | $131.69 |
| FLX | 05/01/2008 12:10:51 AM | HFLXD224-1278 | | | Debt Encumbrance - Released | | $12.00 | |
| FLX | 05/01/2008 12:10:51 AM | HFLXD224 | | 7650 | PLRA Payment | ($12.00) | | $119.69 |

Page 2

Date: 07/14/2008
Time: 9:39:27 am

Facility: FLX

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21136018 | Living Quarters: | J04-214L |
| Inmate Name: | RODRIGUEZ, OSIEL | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 1/11/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 05/01/2008 11:13:12 AM | 67 | | | Sales | ($13.10) | | $106.59 |
| FLX | 05/02/2008 05:03:46 AM | 70107401 | | | Lockbox - CD | $50.00 | | $156.59 |
| FLX | 05/02/2008 05:03:46 AM | HFLXD224-1512 | | | Debt Encumbrance | | ($10.00) | |
| FLX | 05/08/2008 09:07:46 AM | 30 | | | Sales | ($13.15) | | $143.44 |
| FLX | 05/10/2008 03:43:42 PM | TFN0510 | | | Phone Withdrawal | ($8.00) | | $135.44 |
| FLX | 05/15/2008 09:24:58 AM | 25 | | | Sales | ($4.90) | | $130.54 |
| FLX | 05/22/2008 08:59:15 AM | 20 | | | Sales | ($10.68) | | $119.86 |
| FLX | 05/31/2008 05:52:49 PM | TFN0531 | | | Phone Withdrawal | ($2.00) | | $117.86 |
| FLX | 06/01/2008 12:10:57 AM | HFLXD224-1512 | | | Debt Encumbrance - Released | | $10.00 | |
| FLX | 06/01/2008 12:10:57 AM | HFLXD224 | 8021 | | PLRA Payment | ($7.86) | | $110.00 |
| FLX | 06/01/2008 05:03:19 AM | 33317608 | | | Western Union | $50.00 | | $160.00 |
| FLX | 06/01/2008 05:03:19 AM | HFLXD224-1709 | | | Debt Encumbrance | | ($10.00) | |
| FLX | 06/01/2008 05:03:19 AM | HFLXD486-1710 | | | Debt Encumbrance | | ($10.00) | |
| FLX | 06/02/2008 08:18:50 AM | 18 | | | Sales | ($7.95) | | $152.05 |
| FLX | 06/07/2008 03:30:18 PM | TFN0607 | | | Phone Withdrawal | ($3.00) | | $149.05 |
| FLX | 06/09/2008 08:53:08 AM | 9 | | | Sales | ($9.15) | | $139.90 |
| FLX | 06/16/2008 07:15:16 PM | TFN0616 | | | Phone Withdrawal | ($4.00) | | $135.90 |
| FLX | 06/24/2008 02:04:20 PM | 33319208 | | | Western Union | $80.00 | | $215.90 |
| FLX | 06/24/2008 02:04:20 PM | HFLXD224-1866 | | | Debt Encumbrance | | ($16.00) | |
| FLX | 06/24/2008 02:04:20 PM | HFLXD486-1867 | | | Debt Encumbrance | | ($16.00) | |
| FLX | 06/25/2008 12:54:54 PM | HICP0608 | | | Inmate Co-pay | ($2.00) | | $213.90 |
| FLX | 06/28/2008 03:14:39 PM | TFN0628 | | | Phone Withdrawal | ($6.00) | | $207.90 |
| FLX | 06/30/2008 08:27:01 AM | 10 | | | Sales | ($20.95) | | $186.95 |
| FLX | 06/30/2008 08:34:33 AM | 15 | | | Sales | ($1.25) | | $185.70 |

Date: 07/14/2008
Time: 9:39:27 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21136018 | Living Quarters: | J04-214L |
| Inmate Name: | RODRIGUEZ, OSIEL | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 1/11/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 07/01/2008 12:10:50 AM | HFLXD224-1866 | | | Debt Encumbrance - Released | | $16.00 | |
| FLX | 07/01/2008 12:10:50 AM | HFLXD486-1867 | | | Debt Encumbrance - Released | | $16.00 | |
| FLX | 07/01/2008 12:10:50 AM | HFLXD486-1710 | | | Debt Encumbrance - Released | | $10.00 | |
| FLX | 07/01/2008 12:10:50 AM | HFLXD224-1709 | | | Debt Encumbrance - Released | | $10.00 | |
| FLX | 07/01/2008 12:10:50 AM | HFLXD224 | 8433 | | PLRA Payment | ($26.00) | | $133.70 |
| FLX | 07/01/2008 12:10:50 AM | HFLXD486 | 8432 | | PLRA Payment | ($26.00) | | $159.70 |
| FLX | 07/03/2008 08:27:00 AM | 2 | | | Sales | $0.80 | | $134.50 |
| FLX | 07/07/2008 08:26:55 AM | 5 | | | Sales | ($28.57) | | $105.93 |
| FLX | 07/07/2008 06:51:30 PM | TFN0707 | | | Phone Withdrawal | ($5.00) | | $100.93 |
| FLX | 07/10/2008 07:49:22 AM | 4 | | | Sales | $1.30 | | $102.23 |
| FLX | 07/14/2008 08:38:10 AM | 4 | | | Sales | $0.00 | | $102.23 |
| FLX | 07/14/2008 08:51:23 AM | 5 | | | Sales | ($2.23) | | $100.00 |
| | Total Transactions: | 64 | | | Totals: | ($26.35) | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $100.00 |
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $100.00 |

NOTE: THIS $100.00 WAS ENCUMBERED FROM MY ACCOUNT OVER A YEAR AGO, AND IS THROWING OFF THE ASSETS I HAVE ACCESS TO... SEE PAGE 5

Page 4

Date: 07/14/2008
Time: 9:39:27 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21136018 | Living Quarters: | J04-214L |
| Inmate Name: | RODRIGUEZ, OSIEL | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 1/11/2002 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $350.00 | $376.35 | $131.12 | $215.90 | $144.94 | N/A | N/A |

NOTE: THE ENCUMBERED $100.00 WRONGLY REFLECT MY ASSETS ON THIS PAGE ALSO. I DON'T HAVE ACCESS TO THAT MONEY TILL MY RELEASE DATE IN 2049... YET IT REFLECTS IN MY ACCOUNT AS IF I DO. WHEN CONSIDERING THE ABOVE AMOUNTS, SUBTRACT $100.00 FROM EACH.

(SEE PAGE 4 - NOTE)