```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: CDX012504
Cashier ID: sq
Transaction Date: 08/28/2008
Payer Name: OSIEL RODRIGUEZ 21136-018
------------------------------------
PLRA CIVIL FILING FEE
 For: OSIEL RODRIGUEZ 21136-018
 Case/Party: D-COX-1-08-CV-001754-001
 Amount:       $27.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 10357276792
 Amt Tendered: $27.00
------------------------------------
Total Due:       $27.00
Total Tendered: $27.00
Change Amt:      $0.00

08-CV-1754-BNB
INITIAL PYMT ON FEES

A fee of $45.00 will be assessed on
any returned check.
```